People ex rel. Cassar v Toulon (2023 NY Slip Op 04417)

People ex rel. Cassar v Toulon

2023 NY Slip Op 04417

Decided on August 24, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 24, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
JOSEPH J. MALTESE
PAUL WOOTEN
CARL J. LANDICINO, JJ.

2023-07206

[*1]The People of the State of New York, ex rel. Christopher J. Cassar, on behalf of Alexis Gomez-Fuentes, petitioner,
v
Errol D. Toulon, Jr., etc., et al., respondents.

Cassar Law Firm, P.C., Huntington Village, NY (Christopher J. Cassar pro se of counsel), for petitioner.
Raymond A. Tierney, District Attorney, Riverhead, NY (Karla Lato of counsel), for respondents.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Alexis Gomez-Fuentes upon his own recognizance or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 71869/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Suffolk County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., MALTESE, WOOTEN and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court